**No. 11-359. Miracle Star Women's Recovering Community, Inc., Petitioner v. Katherine Jett, et al.**

565 U.S. 1150, 132 S. Ct. 1080, 181 L. Ed. 2d 798, 2012 U.S. LEXIS 485.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1046, 132 S. Ct. 589, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8103.

**No. 11-5020. Felix Cruz Martinez, Petitioner v. L. E. Scribner, Warden.**

565 U.S. 1150, 132 S. Ct. 1080, 181 L. Ed. 2d 798, 2012 U.S. LEXIS 469.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 885, 132 S. Ct. 259, 181 L. Ed. 2d 151, 2011 U.S. LEXIS 5514.

**No. 11-5032. Joseph Pope, Petitioner v. Mark Bernard, et al.**

565 U.S. 1150, 132 S. Ct. 1080, 181 L. Ed. 2d 798, 2012 U.S. LEXIS 445.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 886, 132 S. Ct. 261, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5323.

**No. 11-5079. Carlos McGrew, Petitioner v. Carol Gilcrease, et al.**

565 U.S. 1150, 132 S. Ct. 1080, 181 L. Ed. 2d 798, 2012 U.S. LEXIS 434.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 888, 132 S. Ct. 266, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5354.

**No. 11-5098. Rhonda Taylor, on Behalf of Kevin R. Gordon, Petitioner v. Brad Livingston, Executive Director, Texas Department of Criminal Justice, et al.**

565 U.S. 1150, 132 S. Ct. 1080, 181 L. Ed. 2d 798, 2012 U.S. LEXIS 488.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 889, 132 S. Ct. 268, 181 L. Ed. 2d 158, 2011 U.S. LEXIS 5219.

**No. 11-5118. Maurice P. Olivier, Petitioner v. County of Los Angeles, California.**

565 U.S. 1150, 132 S. Ct. 1080, 181 L. Ed. 2d 798, 2012 U.S. LEXIS 569.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 890, 132 S. Ct. 271, 181 L. Ed. 2d 160, 2011 U.S. LEXIS 5627.

**No. 11-5135. Alton Leonard Slater, Petitioner v. United States.**

565 U.S. 1150, 132 S. Ct. 1080, 181 L. Ed. 2d 798, 2012 U.S. LEXIS 566.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 891, 132 S. Ct. 273, 181 L. Ed. 2d 161, 2011 U.S. LEXIS 5465.